### Commonwealth *v.* Buchanan, Appellant.

Argued November 16, 1972. *John J. Regule,* with him *Regule & Regule,* for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, J., absent.

### Commonwealth *v.* Caruso, Appellant.

Submitted November 16, 1972. *H. David Rothman,* for appellant; *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.